AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED
JUN 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ef___ DEPUTY

UNITED STATES OF AMERICA
V.

JULIAN ABONDO-FIGUERA

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR2072-JM

I, __JULIAN ABONDO FIGUEROA__, the above named defendant, who is accused of

__21 USC 952/960__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/19/08__ _Date_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X __Julian Abondo Figueroa__
_Defendant_

__[signature]__
_Counsel for Defendant_

Before __[signature]__
_Judge_

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd